UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>HENRY TORRES,<br><br>                Defendant. | No. 13-CR-611 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Henry Torres's e-mail dated July 7, 2022, requesting permission to travel to the Dominican Republic from July 22, 2022 until August 1, 2022 to care for his ailing father and to accompany his daughter to the U.S. Consulate to obtain a passport. Mr. Torres provided an itinerary and contact information while he is in the Dominican Republic. The Government took no position on Mr. Torres's request. Probation confirmed that they do not oppose the request. The Court approves Mr. Torres's request to travel to the Dominican Republic from July 22, 2022 until August 1, 2022.

**SO ORDERED.**

Dated:    July 11, 2022
              New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge