UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

HENRY TORRES,

Defendant.

---

13 Cr. 611 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Torres' motion for early termination for supervised release (dkt. no. 144). The Government may respond no later than March 16, 2023. Mr. Torres may respond no later than April 6, 2023.

SO ORDERED.

Dated:    New York, New York
            February 23, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge