

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2023

**BY ECF**
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *United States v. Henry Torres*, 13 Cr. 611 (LAP)

Dear Judge Preska:

  The Government writes in response to the Court's order directing it to respond to the defendant's motion for early termination of supervised release. After consultation with the United States Probation Office, the Government does not oppose the defendant's motion.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney for the
           Southern District of New York

By: _____
           Lisa Daniels
           Assistant United States Attorney
           (212) 637-2955

cc: Henry Torres (by mail)