UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>HENRY TORRES,<br><br>              Defendant. | No. 13-CR-611 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On November 22, 2016, Mr. Torres was sentenced to 88 months imprisonment and 5 years of supervised release. (Dkt. no. 90.) Mr. Torres was released from prison and commenced his term of supervised release on February 18, 2021. (Dkt. no. 144.) On December 12, 2022, Mr. Torres filed a motion requesting that his term of supervised release be terminated early. (Id.) On March 10, 2023, the Government responded to Mr. Torres's motion. (Dkt. no. 148.) After consulting with the United States Probation Office, the Government informed the Court that it does not oppose Mr. Torres's motion. (Id.)

    Considering the foregoing facts, Mr. Torres's motion for early termination of supervised release is GRANTED. The Clerk of the Court shall close the open motion. (Dkt. no. 144.)

1

**SO ORDERED.**

Dated:    April 14, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge